RS: USAO 2024R00356

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** RDB 24cr 218 |
| **v.** | |
| **STEVEN CHRISTOPHER KELBAN, SR.,** | **(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) & (b)(2); Forfeiture, 18 U.S.C. § 2253)** |
| **Defendant.** | |

## INDICTMENT

### COUNT ONE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about December 12, 2023, in the District of Maryland, the defendant,

**STEVEN CHRISTOPHER KELBAN, SR.,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Samsung TracFone, model SM-S134DL(GP), IMEI: 351347073591547, which contained a SanDisk 256GB micro SD card, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

**<u>SPECIAL ALLEGATION</u>**

The Grand Jury for the District of Maryland further charges that:

Prior to December 12, 2023, the defendant,

**STEVEN CHRISTOPHER KELBAN, SR.,**

had a prior conviction under the law of any State relating to aggravated sexual abuse, sexual abuse, and abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, that is:

    a. On or about April 7, 2015, in the Circuit Court for Shelby County, Alabama, in Case No. 58-CC-2014-000147.00, the defendant was convicted of Possession of Obscene Matter of Persons under 17, in violation of Section 13A-12-192(b) of the Alabama Code.

    b. On or about April 25, 2016, in the Circuit Court for Baltimore County, in Case No. 03-K-15-006755, the defendant was convicted of Distribution of Child Pornography, in violation of Section 11-207(a)(4) of the Maryland Criminal Law Article.

18 U.S.C. §§ 2252A(b)(2)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further alleges that:

1.    Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under any of the offenses alleged in Count One of this Indictment.

### Child Pornography Forfeiture

2.    Upon conviction of any of the offenses set forth in Count One of this Indictment, the defendant,

### STEVEN CHRISTOPHER KELBAN, SR.,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3.    The property to be forfeited includes, but is not limited to, the following:

a.    Samsung Galaxy TracFone, model: model SM-S134DL(GP), IMEI: 351347073591547, which contained a SanDisk 256GB micro SD card

3

**Substitute Assets**

4.      If any of the property described above, as a result of any act or omission of the

defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without

difficulty, the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron /vs.*
_____
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Date: July 10, 2024